Beverly STOKES, Appellant,

v.

RENAL TREATMENT CENTERS,
Respondent,

and

Legion Insurance Co., Respondent.

No. ED 77792.

Missouri Court of Appeals,
Eastern District.
Division Three.

Dec. 19, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 22, 2001.

Larsen, Feist, Hess & May, P.C., John J. Larsen, Jr., St. Louis, MO, for appellant.

Evans & Dixon, Michael F. Banahan, Mary Anne Lindsey, St. Louis, MO, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN, and DRAPER, JJ.

ORDER

PER CURIAM.

Appellant, Beverly Stokes, appeals from the final award of the Labor and Industrial Relations Commission finding in favor of the respondents, Renal Treatment Centers and Legion Insurance Co., and denying her compensation. We affirm.

We have reviewed the briefs of the parties and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we af-firm the judgment pursuant to Rule 84.16(b).